IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TROVER GROUP, INC., and<br>THE SECURITY CENTER, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>3VR SECURITY, INC., *et al.*<br><br>*Defendants.* | § § § § § § § § § § § | <br><br><br><br><br>CIVIL ACTION NO. 2:13-cv-052<br>JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Trover Group, Inc. and The Security Center, Inc. (collectively "Plaintiffs") and Defendants Tyco Integrated Security, LLC, Sensormatic Electronics, LLC, and ADT, LLC (collectively "Defendants") hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiffs hereby dismiss all of their claims against Defendants with prejudice. Defendants hereby dismiss all of their claims against Plaintiffs, with prejudice. Each party is to bear its own costs.

Date: October 2, 2014

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Trover Group, Inc. and<br>The Security Center, Inc. | Tyco Integrated Security LLC, Sensormatic<br>Electronics, LLC, ADT LLC |
| By their attorneys, | By their attorneys, |
| /s/ *Steven N. Williams*<br>Steven N. Williams<br>swilliams@mcdolewilliams.com<br>Texas State Bar No. 21577625<br>Kenneth P. Kula<br>kkula@mcdolewilliams.com<br>Texas State Bar No. 24004749<br>William Zac Duffy<br>zduffy@mcdolewilliams.com<br>Texas State Bar No. 24059697<br>**McDOLE WILLIAMS**<br>**A PROFESSIONAL CORPORATION**<br>1700 Pacific Avenue, Suite 2750<br>Dallas, Texas 75201<br>(214) 979-1122 - Telephone<br>(214) 979-1123 - Facsimile | /s/ *Mark Levine*<br>*By Steven N. Williams with Consent*<br>Mark Levine (admitted pro hac vice)<br>**BARTLIT BECK HERMAN**<br>**PALENCHAR & SCOTT LLP**<br>Courthouse Place<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Telephone: (312) 494-4400<br>Facsimile: (312) 494-4440<br>Email: mark.levine@bartlit-beck.com<br><br>Glen E. Summers (admitted pro hac vice)<br>Nosson D. Knobloch (admitted pro hac vice)<br>**BARTLIT BECK HERMAN**<br>**PALENCHAR & SCOTT LLP**<br>1899 Wynkoop Street, 8th Floor<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br>Facsimile: (303) 592-3140<br>Email: glen.summers@bartlit-beck.com<br>Email: nosson.knobloch@bartlit-beck.com<br><br>Otis Carroll (TX Bar No. 03895700)<br>nancy@icklaw.com<br>Deborah J. Race (TX Bar No. 16448700)<br>drace@icklaw.com<br>**IRELAND CARROLL & KELLY, P.C.**<br>6101 South Broadway, Suite 500<br>Tyler, TX 75703<br>Telephone: (903) 561-1600<br>Facsimile: (903) 581-1071 |

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served via the Court's CM/ECF system on October 2, 2014, on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3) or, otherwise, as required by local and federal rules.

        /s/ *Diane Page*
        Diane Page